```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRUCE H. SEARBY (SBN 183267)
 4  Assistant United States Attorney
        1300 United States Courthouse
 5      312 North Spring Street
        Los Angeles, California 90012
 6      Telephone: (213) 894-5423
        Facsimile: (213) 894-6436
 7      bruce.searby@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

07-2090M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07-_____M |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| | ) | **UNDER SEAL** |
| GERALD GREEN and | ) | |
| PATRICIA GREEN, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

1.  The government's complaint in the above-titled case, the affidavit in support of the complaint and arrest warrants, and the warrants themselves, together with this <u>ex parte</u> application, the memorandum of points and authorities, and the declaration of Bruce H. Searby, and this court's sealing order, shall be kept under seal until further order of the Court; and

LODGED

2. After the government files a "Report Commencing Criminal Action" in this matter following the defendants' arrests, the above-referenced sealed documents shall be unsealed.

3. This sealing order shall not preclude the government from disclosing the arrest warrants, as appropriate, to foreign law enforcement authorities who may be in position to effect defendants' arrests.

DATED: *December 7, 2007*

_____*Margaret A. Nagle*_____
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE