# *Memorandum*

FILED 

| Subj:<br><br>United States v. Gerald Green, et al. | Date:  **2008 JAN 16  PM 4: 28**<br><br>January 16, 2008  DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY _____ |
|---|---|
| To:<br><br>SHERRI R. CARTER<br>District Court Executive<br>United States District Court<br>Central District of California | From: **08-00059**<br><br>Bruce H. Searby<br>Assistant United States Attorney<br>Criminal Division |

The matter relating to the above-referenced criminal action,

<u>United States v. Gerald Green, et al.</u>, being filed on January 16, 2008,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

 

*(signed)*
Bruce H. Searby
Assistant United States Attorney
Criminal Division