# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. CR08-59-GW | Date September 11, 2009 |
| Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Interpreter None | |

| Javier Gonzalez | Wil Wilcox | Bruce H. Searby; Jonathan E. Lopez, DOJ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Gerald Green | ✔ | | ✔ | 1. Jerome H. Mooney | ✔ | | ✔ |
| 2. Patricia Green | ✔ | | ✔ | 2. Marilyn E. Bednarski | ✔ | | ✔ |

____ Day COURT TRIAL    13t Day JURY TRIAL    ____ Death Penalty Phase

____ One day trial;    ____ Begun (1st day);    ____ Held & continued;    ✔ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Witnesses called, sworn and testified.

____ Exhibits identified    ____ Exhibits admitted

____ Government rests.    ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made    ____ Court instructs jury    ✔ Bailiff sworn

✔ Alternates excused    ✔ Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # 1, 2    ✔ Guilty on count(s) 1 through 18, 20, 21    ____ Not Guilty on count(s)

✔ Jury polled    ____ Polling waived

✔ Filed Witness & Exhibit lists    ✔ Filed Jury notes    ✔ Filed Jury Instructions    ✔ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.    Remand/Release# ____ issd.    Dft # ____ released from custody.

Bond exonerated as to Dft # ____

✔ Other: Receipt for Release of Exhibits to Counsel Upon Verdict/Judgment at Trial (G-38) signed by all parties.

Govt's request to dismiss Count 19 is **granted without prejudice.** Sentencing set for **December 17, 2009 at 8:00 a.m.** Sentencing positions by no later than December 9, 2009.

                                                                          1 : 17
                                                    Initials of Deputy Clerk   JG